IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | | |
|---|---|---|
| PERRY PATTERSON, Institutional ID No. 1673121 | § § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. 5:21-CV-00142-BQ |
| DR. LINDA ROSE, *et al.*, | § § § | |
| Defendants. | § | |

### ORDER ACCEPTING REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation regarding Plaintiff's request for a preliminary injunction in this case. No objections were filed. The District Court made an independent examination of the record in this case and reviewed the Magistrate Judge's Report and Recommendation for plain error. Finding none, the Court **ACCEPTS** and **ADOPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate.

It is therefore **ORDERED** that Plaintiff's request for a preliminary injunction (Doc. 22) is **DENIED**.

This case will remain on the docket of United States Magistrate Judge D. Gordon Bryant, Jr., for continued judicial screening as described in the Order entered September 29, 2021 (Doc. 17).

Dated December 20, 2021.

SAM R. CUMMINGS
Senior United States District Judge